IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MELANIE BRASSFIELD            )
                             )      No. 3-11-0562
v.                           )
                             )
EDUCATIONAL CREDIT           )
MANAGEMENT CORPORATION       )

O R D E R

On August 5, 2011, the plaintiff filed a notice of voluntary dismissal (Docket Entry No. 8).

As a result, the defendant's motion to dismiss (Docket Entry No. 4) is rendered MOOT and

the Clerk is directed to terminate that motion as pending.

In accord with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, no further action

on the part of the Court is required. Therefore, this case is DISMISSED without prejudice, and the

Clerk is directed to close this case on the records of the Court.

The initial case management conference, rescheduled by order entered August 3, 2011

(Docket Entry No. 7), on August 16, 2011, is CANCELLED, and there will be no further

proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge